**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **BUDDIE J. HAHN, ET AL.** | § | |
| | § | |
| **V.** | § | **NO. 1:06-CV-417** |
| | § | |
| **LIBERTY MUTUAL INSURANCE COMPANY** | § § | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on July 27, 2006. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' agreed motion for dismissal with prejudice and enter final judgment.

The magistrate judge's report is hereby **ADOPTED**. It is therefore

**ORDERED** that the parties' "Agreed Motion for Dismissal with Prejudice" (Docket No. 6) is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

The court will enter final judgment separately.

So **ORDERED** and **SIGNED** this **12** day of **August, 2006.**

_____
Ron Clark, United States District Judge